# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2235
LT Case No. 2017-CF-11389

_____

BREON A. HOLLINGS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Breon A. Hollings, Wewahitchka, pro se.

No Appearance for Appellee.


August 22, 2023

PER CURIAM.

   AFFIRMED.

LAMBERT, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____